ANDREW McLEAN, Appellant, *v.* JAMES H. PRENTICE et al., Respondents.

(Argued April 25, 1888; decided June 5, 1888.)

APPEAL from judgment of the General Term of the Supreme Court of the first judicial department, entered upon an order made January 9, 1886, which affirmed a judgment of the Special Term dismissing the complaint.

*C. Bainbridge Smith* for appellant.

*Edward Winslow Paige* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

DAVID JENKINS et al., Respondents, *v.* WILLIAM DOUGLASS, Appellant.

(Argued April 26, 1888; decided June 5, 1888.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made the fourth Monday in January, 1885, which affirmed a judgment in favor of plaintiffs, entered upon a trial at Special Term.

*Frederic A. Ward* for appellant.

*George V. Brower* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.